EDWARD A. SCHADE, SBN: 165061
eschade@surewest.net
ASHTON & PRICE, LLP
8243 GREENBACK LANE
FAIR OAKS CA 95628
(916) 786-7787
(916) 786-7625 FAX

Attorneys for Plaintiff
KIMBERLY DUNBAR

HENRY WANG
henry.wang@ltlw.com
LEE TRAN & LIANG APLC
601 South Figueroa Street, Suite 4025
Los Angeles, CA.  90017
(213) 612-3737
(213) 612-3773 FAX

Attorneys for Defendants
STONEBRIDGE LIFE INSURANCE COMPANY,
CITIBANK (SOUTH DAKOTA) N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| KIMBERLY DUNBAR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, CITIBANK (SOUTH DAKOTA) N.A. | CASE  NO:    2:12-CV-00230-JAM-JFM<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

EXCHANGE AND MID-CENTURY INSURANCE COMPANY'S
STIPULATION AND ORDER RE REQUEST FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)

DATED:  March 28, 2013                    ASHTON & PRICE, LLP

By:_____
    EDWARD A. SCHADE
    *Attorneys for Plaintiff*
    KIMBERLY DUNBAR

DATED:  March 28, 2013                    LEE TRAN & LIANG APLC

By:_____
    HENRY C. WANG
    *Attorneys for Defendants*
    STONEBRIDGE LIFE INSURANCE
    COMPANY, CITIBANK (SOUTH DAKOTA)

IT IS SO ORDERED.

DATED: 4/5/2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE