EDWARD A. SCHADE, SBN: 165061
eschade@surewest.net
ASHTON & PRICE, LLP
8243 GREENBACK LANE
FAIR OAKS CA 95628
(916) 786-7787
(916) 786-7625 FAX

Attorneys for Plaintiff
KIMBERLY DUNBAR

HENRY WANG
henry.wang@ltlw.com
LEE TRAN & LIANG APLC
601 South Figueroa Street, Suite 4025
Los Angeles, CA.  90017
(213) 612-3737
(213) 612-3773 FAX

Attorneys for Defendants
STONEBRIDGE LIFE INSURANCE COMPANY,
CITIBANK (SOUTH DAKOTA) N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| KIMBERLY DUNBAR,<br><br>Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, CITIBANK (SOUTH DAKOTA) N.A. | CASE  NO:   2:12-CV-00230-JAM-JFM<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)

DATED: March 28, 2013                           ASHTON & PRICE, LLP


By:_____
       EDWARD A. SCHADE
       *Attorneys for Plaintiff*
       KIMBERLY DUNBAR


DATED: March 28, 2013                           LEE TRAN & LIANG APLC


By:_____
       HENRY C. WANG
       *Attorneys for Defendants*
       STONEBRIDGE LIFE INSURANCE
       COMPANY, CITIBANK (SOUTH DAKOTA)

IT IS SO ORDERED.


DATED: 4/5/2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE